TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 




 
 
 NO.  03-12-00670-CV
 
 




 

 

J. C., Appellant

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 




 
 
 FROM THE 345th
 District Court OF Travis COUNTY,
 
 NO. D-1-FM-11-004498,
 The Honorable Paul Davis, JUDGE
 PRESIDING
 
 




 


 
 
                                                                 O
 R D E R
 PER CURIAM
 Appellant J.C. filed his notice of appeal on October
 8, 2012.  The appellate record
 was complete November 16, 2012,
 making appellant=s brief
 due December 6, 2012. On December 10, 2012, counsel for
 appellant filed a motion for extension of time to file appellant’s brief.
 Recent amendments to the rules of judicial administration accelerate
 the final disposition of appeals from suits for termination of parental
 rights.  See Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf
 (providing 180 days for court’s final disposition).  We grant the motion and order counsel to
 file appellant=s brief
 no later than January 11, 2013.  If the brief is not filed by that date,
 counsel may be required to show cause why she should not be held in contempt
 of court.
 It is ordered on December 12,
 2012.
  
 Before Chief
 Justice Jones, Justices Rose and
 Goodwin